**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Michele Johnson, et al.
         Plaintiff,

v.                Case No.: 1:22−cv−03061
               Honorable Sara L. Ellis

NCR Corporation
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

  MINUTE entry before the Honorable Sara L. Ellis: Pursuant to unopposed stipulation of dismissal [70], this case is voluntarily dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii) and with each side to bear their own costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.